# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:  Kimberlee L Griffea  )  Chapter 13
                             )  Case No. 16 B 15174
    Debtor(s)                )  Judge Timothy A Barnes

## Notice of Motion

Kimberlee L Griffea                         Debtor Attorney: Cutler & Associates Ltd
722 Scarbrough Circle                       via Clerk's ECF noticing procedures
Hoffman Estates, IL  60169

> Dirksen Federal Building
> 219 South Dearborn
On September 22, 2016 at 9:00 am, I will appear at the location listed to    > Courtroom 744
the right, and present this motion.    > Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this
notice to be delivered to the persons named above by U.S. mail or by the
methods indicated on or before Saturday, September 10, 2016.    /s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On May 03, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on July 28, 2016, for a term of 60 months with payments of $545.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 4 | $2,110.00 | $1,020.00 | $1,090.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 09/09/2016
Due Each Month: $545.00
Next Pymt Due: 10/02/2016

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 07/04/2016 | 3134821000 - | $510.00 | 08/05/2016 | 3221198000 - | $510.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee                    /s/ MARILYN O. MARSHALL
224 S Michigan Ave                                  MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL  60604
(312)431-1300